**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSUE JOSEPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IGN ENTERTAINMENT, INC.<br><br>Defendant. | Case No. 1:24-cv-11579-MJJ |

**DEFENDANT IGN ENTERTAINMENT, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant IGN Entertainment, Inc. ("IGN" or "Defendant") respectfully moves for leave to file a Reply Brief in further support of its Motion to Dismiss (Dkt. No. 16) (the "Motion").

IGN's Reply Brief will assist the Court in its consideration of the pending Motion. The Reply Brief will identify and respond to several legal issues raised in the Opposition filed by Josue Joseph ("Plaintiff") on September 10, 2024 (Dkt. No. 20). Pursuant to Judge Joun's Standing Order Regarding Motion Practice ("Standing Order"), IGN is permitted to file a Reply Brief not exceeding five (5) pages as a matter of right within seven (7) days of the filing of the Opposition. IGN's Reply Brief is currently due on Monday, September 16, 2024. IGN will set forth the necessary points and arguments as succinctly as possible, but anticipates the need for additional pages and time to prepare its Reply Brief. Thus, in accordance with Judge Joun's Standing Order, IGN respectfully requests the Court grant leave for IGN to file a Reply Brief not to exceed ten (10) pages on or before Thursday, September 19, 2024.

Pursuant to Local Rule 7.1(a)(2), counsel for the parties have conferred and Plaintiff assents to Defendant's Motion for Leave.

WHEREFORE, IGN respectfully requests that the Court grant it leave to file a Reply Brief not exceeding ten (10) pages on or before Thursday, September 19, 2024.

Respectfully submitted,

/s/ *Roy W. Bjorlin*
Roy W. Bjorlin (BBO #666319)
WILSON ELSER
260 Franklin Street, 14th Floor
Boston, MA 02110
Telephone: (617) 422-5300
roy.bjorlin@wilsonelser.com

/s/ *Sean M. Sullivan*
Sean M. Sullivan (SBN # 229104) (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
seansullivan@dwt.com

*Attorneys for Defendant IGN Entertainment, Inc.*

Dated: September 11, 2024

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Plaintiff on September 11, 2024 and have attempted in good faith to resolve or narrow the issues presented in this motion.

/s/ *Roy W. Bjorlin*
Roy W. Bjorlin

**CERTIFICATE OF SERVICE**

I certify that, on September 11, 2024, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*Roy W. Bjorlin*
Roy W. Bjorlin