**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSCHUSETTS**

| | |
|---|---|
| JOSUE JOSEPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IGN ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 1:24-cv-11579-MJJ<br><br>Hon. Myoung J. Joun |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Josue Joseph respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss. *See* ECF Nos. 15-17, and 20-23. Plaintiff brings to the Court's attention the following order entered on October 15, 2024 by Judges Raggi, Lee, and Robinson, *Salazar v. National Basketball Association*, Case No. 23-1147, ECF No. 89 (2d Cir. Oct. 15, 2024). The *Salazar* decision is attached hereto as **Exhibit 1**. Specifically, the decision is relevant to the parties' respective arguments concerning whether Plaintiff is a "consumer" or a "subscriber" under 18 U.S.C. § 2710, as well as whether Plaintiff has Article III standing.

Dated: October 15, 2024

Respectfully submitted,

By: */s/ Max S. Roberts*
Max S. Roberts

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro Hac Vice Forthcoming*)
Max S. Roberts (*Pro Hac Vice*)
Victoria Zhou (*Pro Hac Vice Forthcoming*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
Email: james.reardon@reardonscanlon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Max S. Roberts*
Max S. Roberts