UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSUE JOSEPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IGN ENTERTAINMENT, INC.<br><br>Defendant. | Case No. 1:24-cv-11579-MJJ |

**DEFENDANT IGN ENTERTAINMENT, INC.'S RENEWED MOTION TO DISMISS PLAINTIFF JOSUE JOSEPH'S FIRST AMENDED COMPLAINT**

Defendant IGN Entertainment, Inc. ("IGN" or "Defendant") moves to dismiss with prejudice the First Amended Complaint filed by plaintiff Josue Joseph's ("Plaintiff"). This Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the following grounds:

1. Plaintiff has not alleged a viable claim under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710 *et seq.* because: (a) he is not a "renter, purchaser, or subscriber of goods or services from a video tape service provider" 18 U.S.C. § 2710(a)(1); (b) even if Plaintiff qualified for protections of the VPPA, which he does not, any of IGN's alleged disclosures of his personally identifiable information ("PII") were "incident to the ordinary course of business" and therefore not actionable under the VPPA; and (c) he has not alleged that IGN knowingly disclosed his PII. 18 U.S.C. § 2710(b)(2)(E).

2. Plaintiff lacks Article III standing as he has only pled a statutory harm based on the purported violation of the VPPA.

Pursuant to Local Rule 7.1(a)(2), IGN's counsel met and conferred with Plaintiff's counsel on January 2, 2025, regarding the grounds for this Motion.

WHEREFORE, for the foregoing reasons and for the reasons further stated in the accompanying Memorandum of Law and Declaration of Sean Sullivan, the pleadings, files, and records in this action, any argument as may be heard from this Court, and all other matters of which this Court may take judicial notice, IGN respectfully requests that this Court dismiss the First Amended Complaint in its entirety with prejudice, and for any such other relief as this Court deems just and proper. A proposed Order is attached.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) the undersigned requests oral argument on this motion.

Dated: January 3, 2025

Respectfully submitted,

/s/ *Roy W. Bjorlin*
Roy W. Bjorlin (BBO #666319)
WILSON ELSER
260 Franklin Street, 14th Floor
Boston, MA 02110
Telephone: (617) 422-5300
roy.bjorlin@wilsonelser.com

/s/ *Sean M. Sullivan*
Sean M. Sullivan (SBN # 229104) (*Pro Hac Vice*)
Katelyn A. Feliciano (SBN # 350385) (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
seansullivan@dwt.com

*Attorneys for Defendant IGN Entertainment, Inc.*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that pursuant to Local Rule 7.1(a)(2), on January 2, 2025, I conferred with counsel for Plaintiff and have attempted in good faith to resolve or narrow the issues presented in this Motion.

/s/ *Roy W. Bjorlin*
Roy W. Bjorlin

**CERTIFICATE OF SERVICE**

I certify that, on January 3, 2025, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Roy W. Bjorlin*
Roy W. Bjorlin