**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSUE JOSEPH, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>IGN ENTERTAINMENT, INC.<br>Defendant. | Case No. 1:24-cv-11579-MJJ |

## DECLARATION OF SEAN M. SULLIVAN IN SUPPORT OF RENEWED MOTION TO DISMISS

I, Sean M. Sullivan, declare and state as follows:

1. I am an attorney with Davis Wright Tremaine LLP, counsel for Defendant IGN Entertainment, Inc. ("IGN"). As such, I am familiar with the facts and circumstances discussed herein, based on my personal knowledge and review of the records cited in this litigation. I submit this declaration in support of IGN's Renewed Motion to Dismiss Plaintiff Josue Joseph's First Amended Complaint ("FAC").

2. Attached hereto as **Exhibit A** is a true and correct copy of the IGN webpage cited in paragraph 17 of the FAC, available at https://www.ign.com/articles/2001/03/09/become-an-ign-member-today-2 (last accessed January 3, 2025).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Piano.io webpage cited in paragraph 43 of the FAC, available at https://resources.piano.io/ (last accessed January 3, 2025).

4. Attached hereto as **Exhibit C** is a true and correct copy of the Piano.io webpage cited in paragraphs 43 and 49 of the FAC, available at https://piano.io/de/product/esp/ (last accessed January 3, 2025).

5. Attached hereto as **Exhibit D** is a true and correct copy of the Piano.io webpage cited in paragraph 43 of the FAC, available at https://www.piano.io/ (last accessed January 3, 2025).

6. Attached hereto as **Exhibit E** is a true and correct copy of the Piano.io webpage cited in paragraph 44 of the FAC, available at https://piano.io/de/product/vx/ (last accessed January 3, 2025).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Piano.io webpage cited in paragraph 47 of the FAC, available at https://resources.piano.io/resources/introducing-piano-zero-how-piano-meets-publisher-needs-in-the-cookieless-era/ (last accessed January 3, 2025).

8. Attached hereto as **Exhibit G** is a true and correct copy of the Piano.io webpage cited in paragraph 48 of the FAC, available https://www.piano.io/product/activation/identity-management/ (last accessed January 3, 2025).

9. Attached hereto as **Exhibit H** is a true and correct copy of the Piano.io webpage cited in paragraphs 45 and 50 of the FAC, available at https://piano.io/de/product/dmp/ (last accessed January 3, 2025).

10. Attached hereto as **Exhibit I** is a true and correct copy of the Piano.io webpage cited in paragraph 52 of the FAC, available at https://docs.piano.io/ad-servers/ (last accessed January 3, 2025).

11. Attached hereto as **Exhibit J** is a true and correct copy of the IGN webpage depicted in the screenshot provided in paragraph 38 of the FAC, available at https://www.ign.com/videos/how-x-men-the-animated-series-reshaped-the-franchise (last accessed January 3, 2025).

I declare under penalty of perjury that all statements made herein are true. Dated this 3rd day of January 2025.

*/s/ Sean M. Sullivan*
Sean M. Sullivan

# EXHIBIT A




# Become an IGN Member Today

Membership really does have its benefits. Find out about all the free stuff you can get inside!

BY IGN STAFF | UPDATED: JUN 21, 2012 10:04 AM | POSTED: MAR 9, 2001 12:30 AM

Yeah, we know you're a cheapskate. Hey, we all are. So we're going to tell you an easy way to get a ton of great stuff...for absolutely free.

You like IGN, right? So why not **become an IGN member**? Registering at IGN is completely free, and it affords you the ability to use a lot of services that you may not have even know existed on IGN.

Here are just some of the benefits you'll enjoy by **becoming an IGN.com member:**

- Entry into contests and offers where you can win games, electronics, and other great prizes
- Hundreds of free game strategy guides and walkthroughs
- Free game and music magazines
- Access to **IGN.com message boards**, one of the most active message boards on the Internet
- Text and voice IGN.com chat
- Personalized My.IGN start page
- Customized gaming newsletters
- Free IGN.com e-mail address -- yourname@ignmail.com
- And many, many more

It takes less than a minute to sign-up to become an IGN member, so what are you waiting for? **Register today!**

-- *IGN*




Join

IGN
**Recommends**



**Marvel Rivals Dev Apologizes After Mistakenly Banning Players for Using Cheats**

9



**Andrew Garfield Says He Isn't in Spider-Man 4, Acknowledges 'No One's Gonna Trust Anything I Say'**

26



**Call of Duty Players Are Getting Activision to Send Them Their Personal Information So They Can Find Out Their Hidden SBMM Rating**

14



**Atari Re-Reveals Its Handheld Console With CES 2025 Tease**

19



Join

SBMM Rating
14



Atari Re-Reveals Its Handheld Console With CES 2025 Tease
19



Nintendo Switch 2 Leak and Patent Hit the Internet Ahead of Hotly Anticipated Official Reveal
259



Blue Lock: Rivals Codes (January 2025)
3



2025's Biggest Upcoming Game Releases
156



Dress to Impress Codes (January 2025)
111



# EXHIBIT B

# Analytics + Activation

Empower every team to understand and influence customer behavior.

Learn more




Entitlements
Subscriptions
Digital conversions
Adblocking
Revenue growth

PRIVACY CENTER

# Analytics + Activation

Empower every team to understand and influence customer behavior.

Learn more




Entitlements
Subscriptions
Digital conversions
Adblocking
Revenue growth

PRIVACY CENTER

**Subscription Performance Benchmarks 2024**
Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.
Read the report →

# Real-time Accuracy for Real-time Results

The world moves fast, and your team needs to match its speed. So when it comes to executing exceptional customer experiences, precision and agility are crucial for success.

Piano gives you the power to harness real-time accurate data to provide personalized customer experiences at scale. Add in our expert-led services, and you're on your way to orchestrating, measuring and optimizing the entire customer journey.

All within a single, beautiful platform.

**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.



Read the report →




ACROSS ALL DEVICES, CHANNELS AND TOUCHPOINTS.



## Built for digital business.

Build onsite engagement and fuel digital experiences that convert.

## Designed to convert.

Move users towards conversion with automated experiences and AI-driven recommendations.

## Made for business people.

Elegant, easy-to-use solutions and an award-winning interface let you do more with less.

## Completely white-labeled.

We're invisible — it's your brand, your messaging, your data, and they're your customers.

**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.

Read the report →




# THE PIANO PLATFORM & SERVICES

Piano empowers you to create customized digital experiences and build commercial

**Subscription Performance Benchmarks 2024**
Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.



Read the report →

relationships with your users — fueling your subscription, conversion, analytics, entitlement and personalization goals.

THE PLATFORM

# Products and services built to perform in concert.



EXPERIENCES

## Composer

Surface the right offer to drive the right action.



DATA

## DMP

Real-time data, real-time segmentation.



SUBSCRIPTIONS

## VX

Fuel the commerce side of your digital business.



REGISTRATIONS

## ID

Create, test, and deploy one-to-one user experiences.

**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.



Read the report →



RECOMMENDATIONS

## ESP

Amplify your brand impact.



# Documentation

Explore our complete knowledge hub, with product guides, facts and best practices.

docs.piano.io

**Subscription Performance Benchmarks 2024**
Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.
Read the report →

Orchestrate and automate your entire user journey with Piano.

See it live

**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.

Read the report →

entire user journey with Piano.

See it live



**Subscription Performance Benchmarks 2024**
Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.



Read the report →

# EXHIBIT C

piano esp



# Amplify your brand impact.

The highest engagement lift in the industry now runs on autopilot. Piano ESP puts your content to work through extra-sensory curation, audience personalization, targeting, and email delivery.

See it live

PRIVACY CENTER

See it live

# Always-on is now always-aware.

Piano ESP knows what your audience wants and delivers it — automating the process of delivering personalized and incredibly relevant recommendations, email campaigns, and newsletters tailored to the individual user — even down to the right subject line, call to action, and send time.

## Recommendations

Artificially intelligent curation across all of your content or product streams.

## Personalization

The medium and the message, tailored to your audience segments.

## Automation

Put your newsletters, campaigns, and recommendations on autopilot

# When relevance goes up, so do your results.

By knowing exactly what your audience wants and when, Piano ESP skyrockets your conversion loyalty and retention rates by keeping your entire audience engaged to a continual stream of relevant content and offers.

PRIVACY CENTER

By knowing exactly what your audience wants and when, Piano ESP skyrockets your conversion loyalty and retention rates by keeping your entire audience engaged to a continual stream of relevant content and offers.

↑ 150% OPEN RATE

↑ 120% PAGEVIEWS

↑ 80% VISIT DURATION

↑ 50% REVENUE




PRIVACY CENTER

By knowing exactly what your audience wants and when, Piano ESP skyrockets your conversion loyalty and retention rates by keeping your entire audience engaged to a continual stream of relevant content and offers.

↑ 150% OPEN RATE

↑ 120% PAGEVIEWS

↑ 80% VISIT DURATION

↑ 50% REVENUE




PRIVACY CENTER




PRIVACY CENTER

# You create.
# ESP curates.

Connect your content or product feed and go. Piano ESP instantly starts learning and analyzing your audience across site and email, desktop to mobile — discovering every individual's preferences to recommend the next best experience your users are most likely to click on next.





















Piano ESP creates an interest graph for every user, track not only tags and keywords, but context, subject matter, and tonality — and our proprietary semantics analysis engine includes support for over 40 languages.







PRIVACY CENTER

**Learn, profile, optimize.**

Connect your content feeds and go. Piano ESP analyzes the content interest and affinity of every user in your audience — including site, app, and email — based on their own browsing behavior, engagement, appetite, and consumption.

**Target, deliver, automate.**

With rich audience and user profiles that optimize over time, Piano ESP can personalize and automate the delivery of content and offers that your users are most likely to click on.

PRIVACY CENTER

Acquisition and opt-in campaigns

Targeted newsletters, and mailing lists

Multi-device site and app experiences

Segment-sensitive recommendations

Deals, discounts, and timely promotions

Loyalty and retention campaigns

PRISM

PRIVACY CENTER




# Your content.
# Your style.
# ESP's genius.







PRIVACY CENTER




# Artificial intelligence meets intelligent design.

**Get started with boilerplates.**

Browse and select from a growing library of premade templates and forms for every tactic and occasion.

**What you see is what they'll get.**

Our drag-and-drop design suite makes it easy to switch out content, change layouts, and bring your brand to life.

**Maximize the intersection of relevance.**

Influence the mix of personalized, trending, recommended, and selected content.

**Everything in the right order.**

Set and fine-tune priorities for new versus evergreen articles, content topics, tags, and sources.

PRIVACY CENTER

Influence the mix of personalized, trending, recommended, and selected content.

Set and fine-tune priorities for new versus evergreen articles, content topics, tags, and sources.

**Stop recycling old content.**

Automatically exclude content already seen in email or on-site, so your users will always see fresh offers.

**Design and deploy in minutes.**

Piano ESP sets the industry standard for the fastest integration-to-deployment in any provider.

# Results that can be measured.









PRIVACY CENTER

„Once we implemented Piano ESP, we immediately doubled the amount of visitors using the same database - without any work."



Karel Vetchý
Project Director, Vltava Labe Media



## Better with the full act.

Amplify ESP's capability with the rest of our product suite.



PRIVACY CENTER

EXPERIENCES

## Composer

Deliver personalized site experiences to the right audiences.

SUBSCRIPTION COMMERCE

## VX

The business side of your digital business.

REGISTRATION

## ID

Elegantly manage millions of customer relationships.

DATA

## DMP

Real-time data, real-time segmentation.



PRIVACY CENTER

Orchestrate and automate your

# Orchestrate and automate your entire user journey with Piano.

See it live

# EXHIBIT D




**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.

Read the report →




Piano's integrated platform completes the

**Subscription Performance Benchmarks 2024**
Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.
Read the report →

# platform completes the loop between segmentation, personalization, and analytics

Identify a user cohort, target them with a personalized experience, and report on the results, all in real-time.

**DISCOVER**

**Platform Overview**

**Building with Piano**




## Products

**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.

Read the report →


Analytics
Precision, compliance, and flexibility in one unified solution


Activation
Segment, engage and convert audiences into loyal customers


Audience
Customer data, made more powerful


Amplifier
Grow and engage your social audience


Subscription Performance Benchmarks 2024
Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.
Read the report



## Tailored solutions for digital-first industries

Piano provides exceptional capabilities and expertise to businesses that primarily transact online.

**Media + Publishing**

**Transportation**

**Financial Services**

**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.



Read the report →



# The future, faster

Get more out of your Piano experience with world class services and support.

**Learn more**



**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.

Read the report →

Empower every team to understand and influence customer behavior.

Documentation

Request a demo

piano

**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.

Read the report

# Empower every team to understand and influence customer behavior.

Documentation

Request a demo

piano

**Platform**

Overview
Building on Piano

**Audience**

Customer Data Integration
Customer Data Segmentation
Customer Data Activation

**Analytics**

Data Democratization
Data Management
Data Sources
Data Mining
Data Unification

**Activation**

Journey Orchestration
Subscription Management
Print Subscriptions
Identity Management

**Amplifier**

Social Media Distribution
Newsletters + Notifications
Campaign Optimization

**Services**

**Industries**

Media
Transportation
Financial Services

**Resources**

**Company**

Why Piano
About Us
Partners
Leadership
Careers

**Documentation**

**Request a demo**

**Newsletter sign-up**

**Login**

**Subscription Performance Benchmarks 2024**

Uncover key insights and data on subscription growth, engagement and retention strategies to take with you into 2025.

Read the report

# EXHIBIT E

piano VX



# Commerce designed to deliver value.

Create, test, and deploy experiences generate revenue, loyalty, and engagement.

See it live

PRIVACY CENTER

See it live

# Drive revenue with VX.

VX is the most powerful commerce engine that creates real-time value. Whether you're selling products, memberships, increasing loyalty members, increasing ticket sales, or running promotions and referral campaigns, VX makes it simple to setup and manage your business.




- ✓ Encourage loyalty program registraton
- ✓ Improve bookings and sales
- ✓ Deliver dynamic pricing offers
- ✓ Sell recurring subscriptions or fixed-time access
- ✓ Capture first-party data and profiles
- ✓ Cross-sell and upsell other products

And much, much more.

PRIVACY CENTER



E-COMMERCE ENGINE

# Get down to business.




PRIVACY CENTER




### Multi-currency and localization

Present, settle, and report in multiple countries and languages. Comply with data privacy and governance regulations in the US, EU, and elsewhere.

### Pricing, promotions, and offers

Easily create products and gifts, referral deals, define pricing, apply promotions and trial periods – that get automatically updated on your site without IT intervention.




PRIVACY CENTER




## Payments, tax, and accounting

Accept credit cards, PayPal, and Apple Pay. Charge taxes or VAT where appropriate and access revenue recognition reporting, detailed transaction logs, and tax reports.

## Subscription lifecycle management

Payment processing, recurring billing, automated emails.



PRIVACY CENTER




### Entitlements across channels

Manage access across all your properties or sync entitlements across websites, apps, and TV anywhere devices.

### Single sign-on

Integrate with your existing identity management system, or use Piano ID, to seamlessly managed access rights and entitlements across brands, properties and channels.

PRIVACY CENTER

REPORTS & ANALYTICS

# The numbers you need.




Revenue by product, USD




Subscription renewals




## Conversion data

Get granular detail on the offers, promotions, and pages with the highest conversion rates. Compare performance by device, geography, and a host of other variables.

## Revenue data

Separate new sales from recurring customers to ensure that your growth-line is moving in the right direction.

## Customer data

Track the health of your customer base over time. Personalize emails to new, current, and former. users. See if your messages are getting opened, and acted upon.

$120,401 revenue in this period




PRIVACY CENTER




RESIGNATION MEDIA

„Our massive daily audience is our greatest resource and we're excited to use Piano's software to cater to those users in new ways. We picked Piano because of its superior




PRIVACY CENTER

software to cater to those users in new ways. We picked Piano because of its superior monetization capabilities, built-in testing, and ability to enhance every step of the user journey. With Piano as a partner, we can focus even more of our resources on creating content that matters to our large and growing dedicated audience."









Eric Spielman
SVP of Product & Strategy

## Better as an ensemble.

Extend VX's capability with the rest of our product suite.

PRIVACY CENTER

EXPERIENCES

## Composer

Deliver personalized site experiences to the right audiences.

REGISTRATION

## ID

Elegantly manage millions of customer relationships.

RECOMMENDATIONS

## ESP

Engage your audience with content that matters.

DATA

## DMP

Real-time data, real-time segmentation.

PRIVACY CENTER

# Orchestrate and automate your entire user journey with Piano.

See it live



Document title: Piano • Piano VX: Commerce Designed for Custom Experiences
Capture URL: https://piano.io/de/product/vx/
Capture timestamp (UTC): Fri, 03 Jan 2025 15:08:41 GMT

entire user journey with Piano.

See it live

piano

Solutions
Overview
Strategic Services

Platform
Composer
Analytics
Socialflow
DMP
ID
VX
ESP

Company
About us
Careers
Contact us

Resources
Case Studies
Articles
Traffic Magazine

Documentation
Overview
API

DMCA NOTICE PRIVACY GDPR TERMS & CONDITIONS STATUS

© 2025 PIANO SOFTWARE INC. ALL RIGHTS RESERVED.

PRIVACY CENTER

# EXHIBIT F



**Published**
February 27, 2020

**Tags**
DMP, First-Party Data, GDPR, Privacy, Zero-Party Data

# Introducing Piano Zero: How Piano Meets Publisher Needs in the Cookieless Era

When Google Chrome announced in January that they were phasing out third-party cookies, the media industry finally tipped from slow-burn concern about the future of ad targeting into outright panic. While the end of third-party cookies had been considered on the horizon for a long time, now the end was truly near.

And with the end of third-party cookies comes the continued decline of third-party data, adding to those fears. But our point of view here at Piano is different.

We think it's about time.

The truth is, third-party data was never very reliable. Once they understood what was going on, users didn't like the idea of being tracked around the internet, and attribution models based on third-party cookie tracking weren't particularly accurate anyway. Finally, the digital advertising industry has a chance for a major reset focused on reliable first-party data — and, better yet, zero-party data — to ensure explicit user consent and improved privacy and transparency.

And with the new release of Piano Zero, Piano is ready to help them make that happen.

PRIVACY CENTER

And with the new release of Piano Zero, Piano is ready to help them make that happen.

### The power of Piano Zero

Media companies are uniquely positioned to gather zero-party data — that is, data that is explicitly volunteered (for example, by users filling out a registration form or survey). It's personal information, intent and preferences that consumers choose to provide for themselves, and it adds to the reliable first-party data that media companies also collect by tracking user behavior and content consumption habits.

It's because of this access to zero- and first-party data that we see new opportunities for media companies to step up and reclaim ad revenue that was previously lost to ad tech middlemen, and to build on their direct relationships with users and advertisers. And Piano is the only end-to-end software provider that can help them seize the opportunity to gather and utilize that data.

As the DMP for the future of user data, we think Piano Zero will do for publishers' advertising capabilities what Piano has done for their subscription capabilities so far.

### An end-to-end solution

Piano Zero combines the tools needed to incentivize and acquire zero-party data and consent, with a first-party DMP to create segments and lookalikes — establishing a full set of end-to-end capabilities that together aren't found anywhere else:

### Capture zero-party data

In order to benefit from their trusted relationship with users and advertisers, media companies need to capture zero-party data from known users. Piano ID, our identity management solution, does that, providing registration and login, authentication and flexible data capture via custom fields. It enables you to identify your users across browsers and devices, and capture user information via progressive profiling — asking for data when it's most relevant. You can use all of the data collected in Piano ID to segment and target users for marketing and advertising.

Piano ID also provides passwordless registration and login via email address and magic links. And if you've already got an identity provider, you can use ID's "Bring Your Own Auth" feature to benefit from the data capture and targeting features. Beyond Piano ID's built-in data capture capabilities, you can also connect data from your existing CRM, bringing offline zero-party data online and unlocking its potential, to create a holistic view of your users, however they interact with your business.

### Create the right incentives and value exchange

Capturing that data requires the right incentives and value exchange — after all, users need a reason to share an email address, register or volunteer demographi and interest data. That requires more than just putting up a registration wall. You

PRIVACY CENTER

Capturing that data requires the right incentives and value exchange — after all, users need a reason to share an email address, register or volunteer demographic and interest data. That requires more than just putting up a registration wall. You can certainly do that — the New York Times requires all users to register on their second article view — but most publishers can't afford the negative impact on audience and pageviews from a hard registration requirement like that. Creating incentives beyond just access can increase the number of users who register without reducing audience. Piano Composer helps you target the right users at the right time with the right message, to encourage them to turn off an ad blocker, sign up for a newsletter, register for access to specific site content or features, or — integrated with Piano ID — exchange data at the right moment (for example, entering a zip code in order to get personalized weather forecasts).

### Add implicit first-party data

While you can capture explicit zero-party data volunteered by users with Piano ID, you won't get the full picture of user behavior without understanding their browsing behaviors and content consumption — that is, through their implicit first-party data. Piano's real-time data engine automatically parses every page on your website, extracting meaning and content entities via natural language processing to create a content profile for every page. It then joins those content profiles with individual user patterns to extract rich, individual user profiles, understanding interests, intent and context. Content and user profiles are the foundation of our audience segmentation.

### Build meaningful segments for advertising and marketing

The mother's milk of audience targeting is sociodemographic data, but most publishers only collect that zero-party data from a relatively small group of users. That won't take you very far in building meaningful segments for advertising and marketing. Media companies need the capability to extrapolate those segments via lookalike modeling into much larger audiences worth targeting. With even limited amounts of zero-party sociodemographic data, Piano DMP's lookalike modeling can extrapolate millions of audience impressions. Our DMP takes the user profiles extracted from implicit and explicit data and allows you to build the most valuable segments for your business, to target users for engagement, subscriptions and high-CPM advertising. The ability to collect, model and target against desired data points in a single platform is unmatched by any other solution on the market.

### Ensure full compliance

Finally, all of this data collection and targeting needs to be done in a way that meets the requirements of browser cookie policies and government regulations. The Piano platform is designed to be fully compliant with GDPR and CCPA, and meets the highest standard of data security — **ISO 27001**. Just as important, Piano cookies are true first-party cookies, meeting the requirements of Safari ITP and Firefox, so that you can be sure your users stay logged in if they want to, and that their permissions are being honored.

### Thriving in a new data landscape

PRIVACY CENTER

their permissions are being honored.

### Thriving in a new data landscape

Piano's publisher-first focus, and legacy of helping drive deep user relationships — deep enough to pay for content — underlies our approach to the ad market too. We're dedicated to providing tools that help maximize revenue based on those relationships. Which is why Piano is excited about this next chapter of the internet — and what it means for media companies, advertisers and users.

**Talk to us** to find out more about how Piano Zero can help position your business for the future.

## Further reading



How to Evaluate an Identity Solution

07 July 2021



How to Make More Strategic Decisions With Contextual Data

10 August 2021



The Zero-Party Data Strategy: Monetizing Data in a World Without Third-Party Cookies

01 May 2020

PRIVACY CENTER

piano Solutions Platform Resources Company SEE IT LIVE

Orchestrate and automate your entire user journey with Piano.

See it live

piano

Solutions
Overview
Strategic Services

Platform
Composer
Analytics
Socialflow
DMP

Company
About us
Careers
Contact us

Resources
Case Studies
Articles
Traffic Magazine

Documentation
Overview
API

PRIVACY CENTER

English (US)

entire user journey with Piano.

See it live



© 2025 PIANO SOFTWARE INC. ALL RIGHTS RESERVED.

# EXHIBIT G



piano activation

# IDENTITY MANAGEMENT

A complete user management solution that helps you collect and manage user data through authentication.

Documentation Request a demo

piano GET STARTED

Identity Management

Overview Capabilities

# Millions of relationships, elegantly managed

Transform anonymous visitors into engaged customers by capturing and authenticating valuable user data such as names, email addresses and passwords, with a secure, easy-to-use system. Leverage native single sign-on and out-of-the-box tools to boost audience engagement and conversions.



Social sign-on via Apple, Google, Facebook, LinkedIn, Microsoft, Twitter and Janrain and Gigya API integrations

Connect with Auth0, Okta or your preferred authentication system via Piano ID Auth Sync feature

Self Service for users to manage their accounts, preferences and upcoming charges

Password control for rules configuration and CAPTCHA enablement

Opt-ins and consent to collect and manage privacy notices and permission across all touchpoints

Customer care that resolves inquiries and correspondence with speed

Engage, authenticate and monetize with the complete user management solution

Already have an accountt? Sign in

**Complete user management**

Capture and authenticate valuable user data for progressive profiling, onboarding campaigns and first party data collection.

**Customizable fields**

Collect and manage user metadata to suit your unique business needs.

**Full API access**

Gain more freedom and flexibility with how and where you implement Piano ID.

**Mobile SDK**

Simplify implementation on iOS and Android platforms.

Learn more →

Learn more →



## Subscription Management

Connect your access management and identity management effortlessly to our commerce engine.

Learn more →

# Empower every team to understand and influence customer behavior.

Documentation

Request a demo

piano

**Platform**

Overview
Building on Piano

**Audience**

Customer Data Integration
Customer Data Segmentation
Customer Data Activation

**Activation**

Journey Orchestration
Subscription Management
Print Subscriptions
Identity Management

**Amplifier**

Social Media Distribution

**Industries**

Media
Transportation
Financial Services

**Resources**

**Company**

**Documentation**

**Request a demo**

**Newsletter sign-up**

**Login**

in

# Empower every team to understand and influence customer behavior.

Documentation    Request a demo

piano

**Platform**

Overview
Building on Piano

**Audience**

Customer Data Integration
Customer Data Segmentation
Customer Data Activation

**Analytics**

Data Democratization
Data Management
Data Sources
Data Mining
Data Unification

**Activation**

Journey Orchestration
Subscription Management
Print Subscriptions
Identity Management

**Amplifier**

Social Media Distribution
Newsletters + Notifications
Campaign Optimization

**Services**

**Industries**

Media
Transportation
Financial Services

**Resources**

**Company**

Why Piano
About Us
Partners
Leadership
Careers

**Documentation**

**Request a demo**

**Newsletter sign-up**

**Login**

DMCA NOTICE    PRIVACY    TERMS & CONDITIONS    STATUS    © 2024 PIANO SOFTWARE INC

# EXHIBIT H

piano Solutions Platform Resources Company SEE IT LIVE

# piano dmp



## Is your DMP ready for the future? Ours is.

See it live

## Everything you know about a user immediately

PRIVACY CENTER

# piano dmp



## Is your DMP ready for the future? Ours is.

See it live

## Everything you know about a user immediately

PRIVACY CENTER

## Gain crucial insights

Combine sociodemographic data sets with user interests, intent and context, for information you can act on. Piano DMP gathers data and analyzes it to produce meaningful insight and segments.

## Visualize across device and platform

Get a deeper understanding of your audience, no matter what device they're using. With Piano DMP, you can analyze and act on data for each individual user, across all of your sites and apps.

## Act on data in real time

Integrate with solutions across the entire Piano platform, or sync with your preferred ad server and/or marketing tools, to enable real-time action and results.

## Use data you can rely on

Build personalized experiences while ensuring full compliance. Piano Zero combines Piano DMP, VX, ID and Composer functionality to empower zero-, first-, second- and third-party data.

# Turn user data into actionable audience segments.

PRIVACY CENTER

# actionable audience segments.

Aggregate, segment and take action on your user data, to drive higher engagement and increase revenue. Piano DMP turns data into targetable audiences that deliver accurate, predictive information about future-oriented marketing and audience segmentation.



PRIVACY CENTER

# Build engagement, aggregate the data and deliver a personalized experience.

By combining elements of Piano's platform, sites can incentivize users to provide data by granting access to special content or features. Combine that data with other first, second, and third-party data, and create lookalike segments — all while ensuring full data privacy and compliance.

Learn more



PRIVACY CENTER



„Thanks to Piano we have the flexibility we need to create outstanding campaigns that drive revenue for our advertisers and ourselves.“



**Geert Desager**
Strategy Director, Mediahuis

PRIVACY CENTER

## Better as an ensemble.

Amplify DMP's capability with the rest of our product suite.

EXPERIENCES

### Composer

The right experiences for the right audiences.

SUBSCRIPTION COMMERCE

### VX

The business side of digital business.

PRIVACY CENTER

RECOMMENDATIONS

## ESP

Amplify your brand impact.

REGISTRATION

## ID

Elegantly manage millions of customer relationships.

PRIVACY CENTER

Orchestrate and automate your entire user journey with Piano.

See it live

entire user journey with Piano.

See it live


© 2025 PIANO SOFTWARE INC. ALL RIGHTS RESERVED.

# EXHIBIT I

# Ad Servers

AUDIENCE

**Ad server** is a piece of advertising technology (AdTech) that is used by publishers, advertisers, ad agencies, and ad networks to manage and run online advertising campaigns. Ad servers are responsible for making instantaneous decisions about what ads to show on a website, then serving them. On top of that, an ad server collects and reports data (such as impressions, clicks, etc.) for advertisers to gain insights from and monitor the performance of their ads.

*Piano Audience provides both types of integrations with ad servers: export integrations with SpotX, Adform, Google Ad Manager, iBillboard, etc. and import integrations with Google Ad Manager and Adform.*

Is this page helpful?

Yes

No

Get help or give feedback

piano

COLLECTIONS

Do you find this helpful? Save it to a collection.

Collections are a great way to save important and related information. Click on any page to add it to a new collection.

You can also highlight and save snippets from any article to a collection.

Learn more ›

DMCA NOTICE PRIVACY GDPR ABOUT STATUS © 2025 PIANO SOFTWARE INC.

# Ad Servers

AUDIENCE

**Ad server** is a piece of advertising technology (AdTech) that is used by publishers, advertisers, ad agencies, and ad networks to manage and run online advertising campaigns. Ad servers are responsible for making instantaneous decisions about what ads to show on a website, then serving them. On top of that, an ad server collects and reports data (such as impressions, clicks, etc.) for advertisers to gain insights from and monitor the performance of their ads.

*Piano Audience provides both types of integrations with ad servers: export integrations with SpotX, Adform, Google Ad Manager, iBillboard, etc. and import integrations with Google Ad Manager and Adform.*

Is this page helpful?

Yes ›

No ›

Get help or give feedback

piano

COLLECTIONS ×

Do you find this helpful? Save it to a collection.

Collections are a great way to save important and related information. Click on any page to add it to a new collection.

You can also highlight and save snippets from any article to a collection.

Learn more ›


© 2025 PIANO SOFTWARE INC.

# EXHIBIT J




X-Men: The Animated Series • Mar 19, 2024

# How X-Men: The Animated Series Reshaped the Franchise

X-Men '97 is a show steeped in Marvel nostalgia. It's a direct continuation of X-Men: The Animated Series, a show that holds a special place in a lot of fans' hearts. X-Men: The Animated Series introduced mutant heroes like Wolverine and Cyclops to a much bigger audience, winning legions of fans thanks to those colorful characters and a nonstop dose of mutant soap opera.

To celebrate the release of X-Men '97, let's take a step back to explore why the original cartoon was so influential, and how it continues to influence the X-Men franchise even today. Cue up the theme song...

X-Men '97 features the voices of Cal Dodd, Lenore Zann, George Buza, Catherine Disher, Chris Potter, Alison Sealy-Smith, Adrian Hough, Christopher Britton, Alyson Court, Lawrence Bayne, and Ron Rubin. The first two episodes of the series will premiere on Disney+ on March 20, 2024.


**Play Guggimon in Fortnite for a Chance to Win 1 of 5 Prize Packs of 80,000 V-Bucks and Superplastic Collectibles**

Enter Now!




**UPDATE: We're thrilled to announce that we've added 80,000 V-Bucks as bonus prizes to our ongoing sweepstakes!**

IGN Rewards is excited to partner with GamerGains, Superplastic and Barnyard Games to offer IGN users a chance at winning an incredible Superplastic vinyl art toy prize pack valued at $500.


Share

**Did you enjoy this video?** Leave feedback

## In This Video

Join




X-Men '97 Cast on the Legacy of First Class Mutants & Original Animated Series




Hasbro's 2023 Toy Line-Up | Comic Con 2023




Zack Snyder Announces SnyderCon DCU Trilogy Event - IGN The Fix: Entertainment




X-Men '97 Will Continue Directly from the Original Series' Finale - IGN Now




X-Men '97 Is a Revival of the Original 90s Animated Series, Coming to Disney+ in 2023




Top 5 Marvel Teams - Power Ranking




X-Men The Animated Series Ruled, 'Nuff Said




Thor Ragnarok Toys, The 90s X-Men Cartoon Turns 25, and Pizza - Up At Noon Live!




X-Men: Apocalypse Cast Sing the X-Men Cartoon Theme Tune




X-Men: Apocalypse Has Its Young Nightcrawler - IGN News

Share

**Did you enjoy this video?**

Leave feedback

## In This Video



**X-Men: The Animated Series**

FOX

OCT 31, 1992

**Where to Watch** POWERED BY

Buy | Buy | Buy | More

## Conversation 1 Comment

Have fun. Don't be mean. Feel free to criticize ideas, not people. Report bad behavior.

Read our community guidelines.

What do you think?

Sort by **Best**

**jona42**

19 March, 2024

Can't believe I'might resub to Disney for this (I will) :)

*(Edited)*

Reply · Share

Powered by

Terms | Privacy | Feedback

## Popular in the Community


Until there's a vaccine for trolls, there's us.

It's time to save online conversation.

Learn more

OpenWeb

AdChoices Sponsored





**jcfx513**

I'm just glad even the best CODs nev...

Top Comment 2




**sethg88**

"Apple will confirm it has permanently...

Top Comment



Sing the X-Men Cartoon Theme Tune



X-Men: Apocalypse Has Its Young Nightcrawler - IGN News



X-Men: First Class Director Disses Nolan? - IGN News




5 Awesome X-Men Things You Should Watch - What to Watch

Join




Document title: How X-Men: The Animated Series Reshaped the Franchise - IGN
Capture URL: https://www.ign.com/videos/how-x-men-the-animated-series-reshaped-the-franchise
Capture timestamp (UTC): Fri, 03 Jan 2025 15:16:39 GMT