**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSUE JOSEPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IGN ENTERTAINMENT, INC.<br><br>Defendant. | Case No. 1:24-cv-11579-MJJ |

**[PROPOSED] ORDER GRANTING DEFENDANT IGN ENTERTAINMENT, INC.'S RENEWED MOTION TO DISMISS PLAINTIFF JOSUE JOSEPH'S FIRST AMENDED COMPLAINT**

Defendant IGN Entertainment, Inc. ("IGN") filed a Renewed Motion to Dismiss Plaintiff Josue Joseph's First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) with prejudice. Having reviewed and considered the motion and moving papers, Plaintiff's opposition, Defendant's reply, and the evidence and arguments presented, the Court finds as follows:

1. Plaintiff has not plausibly alleged a violation of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710 *et seq.*; and/or
2. There is lack of subject matter jurisdiction because Plaintiff does not have Article III standing.

Accordingly, IGN's Motion to Dismiss Plaintiff's First Amended Complaint with prejudice is **GRANTED**.

Dated: ____________, 2025

______________________________
Hon. Myong J. Joun
United States District Judge