**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSUE JOSEPH, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>IGN ENTERTAINMENT, INC.<br>Defendant. | Case No. 1:24-cv-11579-MJJ |

**DEFENDANT IGN ENTERTAINMENT, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant IGN Entertainment, Inc. ("IGN" or "Defendant") respectfully moves for leave to file a reply brief in further support of its Renewed Motion to Dismiss Plaintiff Josue Joseph's ("Plaintiff") First Amended Complaint (Dkt. No. 31) (the "Motion").

IGN's reply brief will assist the Court in its consideration of the pending Motion. The reply brief will identify and respond to several arguments in the analysis in the opposition filed by Plaintiff on January 14, 2024 (Dkt. No. 34). Pursuant to Judge Joun's Standing Order Regarding Motion Practice ("Standing Order"), IGN is permitted to file a reply brief not exceeding five (5) pages as a matter of right within seven (7) days of the filing of the opposition. IGN's reply brief is currently due on Tuesday, January 21, 2025. IGN will set forth the necessary points and arguments as succinctly as possible, but anticipates the need for additional pages and time to prepare its reply brief.

Thus, in accordance with Judge Joun's Standing Order, IGN respectfully requests the Court grant leave for IGN to file a reply brief not to exceed ten (10) pages on or before Friday, January 31, 2025.

Pursuant to Local Rule 7.1(a)(2), counsel for the parties have conferred regarding this motion and Plaintiff assents to Defendant's request for leave.

WHEREFORE, IGN respectfully requests that the Court grant it leave to file a reply brief not exceeding ten (10) pages on or before Friday, January 31, 2025.

Respectfully submitted,

/s/ *Roy W. Bjorlin*
Roy W. Bjorlin (BBO #666319)
WILSON ELSER
260 Franklin Street, 14th Floor
Boston, MA 02110
Telephone: (617) 422-5300
roy.bjorlin@wilsonelser.com

/s/ *Sean M. Sullivan*
Sean M. Sullivan (SBN # 229104) (*Pro Hac Vice*)
Katelyn A. Feliciano (SBM #350385) (*Pro Hac Vice*)

DAVIS WRIGHT TREMAINE LLP
350 South Grand Aveenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
seansullivan@dwt.com

*Attorneys for Defendant IGN Entertainment, Inc.*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that pursuant to Local Rule 7.1(a)(2), on January 2, 2025, I conferred with counsel for Plaintiff and have attempted in good faith to resolve or narrow the issues presented in this motion.

/s/ *Roy W. Bjorlin*
Roy W. Bjorlin

## CERTIFICATE OF SERVICE

I certify that, on January 21, 2025, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Roy W. Bjorlin*
Roy W. Bjorlin