**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSCHUSETTS**

| | |
|---|---|
| JOSUE JOSEPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IGN ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 1:24-cv-11579-MJJ<br><br>Hon. Myoung J. Joun |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Josue Joseph respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss the First Amended Complaint. *See* ECF Nos. 30-31, 34, 39. Plaintiff brings to the Court's attention a March 4, 2025 Order by the Honorable Lewis J. Liman of the Southern District of New York in *Lee v. Springer Nature America, Inc.*, Case No. 1:24-cv-4493, ECF No. 29 (S.D.N.Y. Mar. 4, 2025). The *Lee* Order is attached hereto as **Exhibit 1**. The *Lee* Order is relevant to the Parties' respective arguments regarding whether Plaintiff is a "consumer" under the VPPA, whether Defendant disclosed personally identifiable information "knowingly," and whether Plaintiff has suffered an injury-in-fact sufficient for Article III standing.

Dated: March 5, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel (BBO #716245)
Max S. Roberts (*Pro Hac Vice*)
Victoria Zhou (*Pro Hac Vice Forthcoming*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163

E-Mail: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr. (BBO #566161)
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
Email: james.reardon@reardonscanlon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *_/s/ Yitzchak Kopel_*
Yitzchak Kopel