**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSCHUSETTS**

JOSUE JOSEPH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

IGN ENTERTAINMENT, INC.,

Defendant.

Case No. 1:24-cv-11579-MJJ

Hon. Myoung J. Joun

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Josue Joseph respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss the First Amended Complaint. *See* ECF Nos. 30-31, 34, 39. Plaintiff brings to the Court's attention a March 28, 2025 Order by the United States Court of Appeals for the Seventh Circuit in *Gardner v. Me-TV National Ltd. P'ship*, Case No. 24-1290, ECF No. 50 (7th Cir. Mar. 28, 2025); *see also Gardner v. Me-TV National Ltd. P'ship*, --- F.4th ---, 2025 WL 942835 (7th Cir. Mar. 28, 2025). The *Gardner* Order is attached hereto as **Exhibit 1**. The *Gardner* Order is relevant to the Parties' respective arguments regarding whether Plaintiff is a "consumer" under the VPPA.

Dated: March 31, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel (BBO #716245)
Max S. Roberts (*Pro Hac Vice*)
Victoria Zhou (*Pro Hac Vice Forthcoming*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163

E-Mail: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr. (BBO #566161)
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
Email: james.reardon@reardonscanlon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *_/s/ Yitzchak Kopel_*
Yitzchak Kopel