**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSUE JOSEPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IGN ENTERTAINMENT, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-11579-MJJ<br><br>Hon. Myoung J. Joun |

**DEFENDANT IGN ENTERTAINMENT, INC.'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant IGN Entertainment, Inc. ("IGN") respectfully submits this Notice of Supplemental Authority regarding its pending Motion to Dismiss the First Amended Complaint. IGN brings to the Court's attention an April 25, 2025 Order by the Honorable Richard G. Stearns of the United States District Court for the District of Massachusetts in *Therrien v. Hearst Television, Inc.*, No. 23-10998-RGS, 2025 WL 1208535 (D. Mass. Apr. 25, 2025). The *Therrien* Order is attached hereto as **Exhibit 1**. The *Therrien* Order is relevant to the parties' arguments regarding whether IGN disclosed personally identifiable information and whether the ordinary course of business exception applies.

April 28, 2025

Respectfully submitted,

By: /s/ *Lauren J. Tsuji*

Roy W. Bjorlin (BBO #666319)
roy.bjorlin@wilsonelser.com
WILSON ELSER
260 Franklin Street, 14th Floor
Boston, MA 02110
Telephone: (617) 422-5300

Lauren J. Tsuji *(Pro Hac Vice Forthcoming)*
LTsuji@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

James G. Snell *(Pro Hac Vice Forthcoming)*
JSnell@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also hereby certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Lauren J. Tsuji*
Lauren J. Tsuji